Stuart Price, Esq. (SBN:150439)
Price Law Group, APC
15760 Ventura Boulevard, Suite 800
Encino, CA 91436
Tel: 818-205-2466
Stuart@pricelawgroup.com
Attorney for Plaintiff,
Manuel A. Alfaro

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL A. ALFARO,<br><br>        Plaintiff,<br><br>    vs.<br><br>MACY'S, INC., and DEPARTMENT STORES NATIONAL BANK, a corporation<br><br>        Defendants. | Case No.: 2:16-cv-02693-BRO-AFM<br><br>**NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that Plaintiff, Manuel A. Alfaro, and Defendants, Macy's, Inc. ("Macy's") and Department Stores National Bank ("DSNB"), have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Stipulated Dismissal with Prejudice within the next thirty (30) days. The parties also request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

///

///

///

DATED this 28th day of July, 2016,

**PRICE LAW GROUP, APC**

By:*/s/ Stuart Price*
      Stuart Price, Esq.
      15760 Ventura Boulevard, Suite 800
      Encino, CA 91436
      Tel: 818-205-2455
      Stuart@pricelawgroup.com
      *Attorney for Plaintiff,*
      *Manuel A. Alfaro*

NOTICE OF SETTLEMENT
2:16-cv-02693-BRO-AFM

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 28, 2016, a copy of the foregoing was filed electronically and served by U.S. Mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's EM/ECF System.

<u>/s/Sandra Padilla</u>