JS-6

1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7                      CENTRAL DISTRICT OF CALIFORNIA
8
9   MANUEL A. ALFARO

10                  Plaintiff,                    No. 2:16-cv-02693-BRO-AFM

11   v.

12   MACY'S, INC., and DEPARTMENT          **ORDER GRANTING STIPULATION**
     STORES NATIONAL BANK, a               **TO DISMISS ACTION [18]**
13   corporation.

14                  Defendants.

15

16

17        PURSUANT TO THE STIPULATION, IT IS SO ORDERED that all claims of

18   Plaintiff, Manual Alfaro, against Defendants, Macy's Inc., and Department Stores

19   National Bank, are dismissed, with prejudice. Plaintiff and Defendants shall each bear

20   their own costs and attorneys' fees.

21        **IT IS SO ORDERED.**

22

23

24

25

     Date:  August 29, 2016                _____
26                                          Honorable Beverly Reid O'Connell
                                            United States District Judge
27

28

[PROPOSED] ORDER
2:16-CV-02693-BRO-AFM